### 13096.   CALHOUN *v.* THE STATE.

LUKE, J.   There is evidence to authorize the verdict, which has the approval of the trial judge, and it was not error to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MARCH 7, 1922.

Accusation of giving worthless check; from city court of Soperton — Judge Wallace. November 5, 1921.

*A. C. Saffold,* for plaintiff in error.

*N. L. Gillis Jr., solicitor,* contra.